**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JERONE ANDRE MOORE, | : | No. 145 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| LUZERNE COUNTY CLERK OF COURTS, | : | |
| LUZERNE COUNTY ADMINISTRATIVE | : | |
| OFFICE, HON. DAVID W. LUPAS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of November, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus or Prohibition" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.